David Bell
Jeff Richmond
Paula Wilson

Name: _____

Address: 28016 PANORAMA Hill

Hills dr

Phone: 657-404-1686

Fax: _____

In Pro Per

FILED

2021 AUG 30  PM 2: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEFF Richmond et Al

_____
Plaintiff

v.

IANN FROEDE et Al

_____
Defendant(s).

CASE NUMBER:

5:21-CV-01227   JWH (SHKx)

FIRST Amended
Claim ADA

( Enter document title in the space provided above)

SEE ATTached

Page Number

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

A.D.A PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th 5th 14th

1. Glen Klement DISABLED                                            08/22/2021

2.    David Bell DISABLED                **UNITED STATES DISTRICT COURT**

3.    Jeff Richmond HOMEOWNER    **CENTRAL DISTRICT OF CALIFORNIA**

4.    Paula Wilson  CARE - GIVER

5.    28016 PANORAMA HILLS DR.                    _____

6.    MENIFEE, CA 92584                      ) CASE#    5:21-cv-01227

7.    657-404-1686 / 951-355-8588      ) ADA [AMERICAN DISABLTY

8.    shades19642021@outlook.com     ) ACT]  NON COMPLIANCE.

9.    Plaintiff's IN PRO PER                    ) DISCRIMINATION  / TRESSPASS

10. _____   ) FALSE IMPRISONMENT .

11. Glen Klement [DISABLED ]            ) 18 U.S. CODE 1201 - KIDNAPPING

12. David Bell [ DISABLED ]               ) 42 U.S. 3631. VIOLATIONS; PENAL -

13  Jeff Richmond HOME-OWNER      ) - TIES .

14. Paula Wilson [ CARE-GIVER]       ) 4th , 5th , 14th. Civil rights

16.              PLAINTIFF'S               ) JURY TRIAL DEMANDED

17.                   V.                           X.   YES

18.  ANN FROEDE -PRESIDENT   et - al

19   MELBA OLSON -VICE-PRESIDENT  et - al

20. JANET VAUGHAN - C.F.O. et - al

21. CHUCK BUCKMIER - SECRATARY et - al

22. CHRIS WAITS MEMBER AT LARGE ALL SUED IN THIER INDIVIDUAL

23. OFFICIAL CAPACITY  et – al KUMAR RAJA TINNELLY LAW CORP. et al

24.  OASIS HOA  corperation and all officers asscotiation within. Et al

25.  OWNER AND MANAGER @ UNITED TOWING et al

26,. BEUAMONT / TASJIN  JEFFERY BEAUMONT et al

27.                              1.

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS  4th  5th  14th

| | | |
|---|---|---|
| 1 | UNITED  STATES  DISRICT  COURT | 08/22/2021 |
| 2. | CENTRAL  DISTRICT  OF  CALIFORNIA | |
| 4 | | |
| 5. | | |
| 6. | STATEMENT  OF  FACTS | |
| 7 | CAUSE  OF  ACTIONS | |
| 8. | | |
| 9. | | |

10.  1). ADA [AMERICAN  DISABILITY  ACT ] NON  COMPLIANCE  IE; PARK-

11.      ING – NO  MARKED  HANDICAPPED  PARKING  IN  FRONT  OF  ANY

12.      RESIDENCE.

13.

14.  2).  DISCRIMINATION / TARGETING  THE  FOLLOWING  ADDRESS;

15.      " WE  ARE  NOT  WORRIED  ABOUT  THE  60 PLUS  AUTOS  LEFT

16.       OUT  AFTER  10:00 PM  JUST  YOUR  RESIDENCE "   straight  from a board

17.       member during  a  mediation  between  home  owner / RESIDENT  and the  board .

18.

19.

20.  3). THIS  STATEMENT  WAS  HEARD  BY  THE  HOMEOWNER  AND A

21.                                   RESIDENT                 #
_3 -1)

22.        1. Plaintiff (3.) /  Homeowner – Jeff  Richmond

23.        2. Plaintiff  (1.) /  Resident /  Glen  Klement

24..    plaintiff (3.) and Plaintiff (1.) Were  presant  at a  board  meeting  to resolve

25.     any  descrepacies  the  HOA  HAD  WITH  PLAINTIFF'S - THIS  STATEMENT

26.     WAS  MADE  BY  ANN  FROEDE - AND  IS  TAKEN  AS  DISCRIMINATORY.

27.                                   2.

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th



A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th 5th 14th

1.  Glen Klement - DISABLED                                    8/22/2021

2.   David  Bell - DISABLED

3.   Jeff  Richmond - HOME-OWNER

4.   Paula  Wilson – CARE  GIVER

5.   28016 PANORAMA HILLS DR.          _____

6.   MENIFEE, CA  92584                    ) CASE# 5;21- cv-01227

7.   657-404-1686 /  951-355-8588         )  ADA [AMERICAN DISABLITY

8.   shades19642021@outlook.com          )  ACT]  NON COMPLIANCE

9.   Plaintiff's  PRO PER                         )  DISCRIMINATION / TRESPASS /

10._____             )  FALSE  IMPRISONMENT

11.  Glen Klement DISABLED                )   CIVIL RIGHTS  VIOLATIONS

12.  David Bell  DISABLED                     )   4th 5th 14th

13  Jeff Richmond  HOMEOWNER           ) JURY TRIAL DMANDED   X  YES

14. Paula wilson   CARE-GIVER

16.                    PLAINTIFF'S

17.                     V.

18.  OASIS  BOARD MEMBERS  IN  THIER  INDIVIDUAL  CAPACITY / et al

19   KUMAR RAJA,  ESQ  et al   HIS  INDIVIDUAL CAPACITY  Tinnelly law corp.

21.  BEAUMONT /  TASJIN H.O.A LAW.  JEFFERY BEAUMONT et al

22.  UNITED TOWING / OWNER / RICO ?  MANAGER  ET AL

23.

24.

25   1. JURISDICTION  IS  PROPER  AS  DEFENDANTS LIVE  OR  RESIDE  IN

26.    RIVERSIDE  COUNTY  AND  OR  SOUTHERN  CALIFORNIA .

.27

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th 5th 14th

| | |
|---|---|
| 1 | UNITED  STATES  DISRICT  COURT |
| 2. | CENTRAL  DISTRICT  OF  CALIFORN        08/22/2021 |
| 4 | |
| 5. | |
| 6. | CAUSE  OF  ACTIONS |
| 7 | |

8.  1. PLAINTIFF  NUMBER  ONE (1) HAS URIANARY ISSUES AND NEEDS

9. TO ACCESS HIS HOME UN – HINDERED  AND HAS HAD TO WAIT IN

10. LINE TO INGRESS HIS RESIDENCE AS QUICKLY AS POSSIBLE - IS

11. UNABLE TO DUE TO [RFID] [TAGS] DEACTIVATED ALLOWING ZERO

12. UNHINDERD ACCESS - PLAINTIFF HAS HAD SEVERAL ACCIDENTS

13. SITTING BEHIND UP TO 10 - 18 CARS IN SOME CASES.

14.

15. 2. THIS IS QUITE EMBARASSING SITTING IN THE PASSENGER SEAT

16  OF SOMEONE ELSES AUTO AND UNRINATING ON HIMSELF CUASING

17  PLAINTIFF ONE (1) EXTREME EMBARASSMENT AND A DETAILING

18  BILL TO HAVE THE FRONT SEAT STEAM CLEANED - PLAINTIFF'S

19  ( 1) - (2) ARE BOTH DISABLED AND HAVE SUPPLIED OASIS –

20  DOCUMENTATION FROM LICENSED MEDICAL DOCTORS .

21.

22. 3. PLAINTIFF # (4) PAULA WILSON IS REGISTARD WITH ORANGE

23. COUNTY AS A  [CARE- GIVER ] AND GLEN KLEMENT IS IN HER CARE

24.. CURRANTLY - HAS A MEDICAL DOCTOR'S PERSCRIPTION TO

25. PARK OUTSIDE THE GARAGE FOR EASE OF ACCESS IN CASE OF AN

26. EMERGANCY.  ASSCOTIATION APPROVED - THEN DENIED.!

27.                                4

A.D.A PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

1         UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA      08/22/2021

3

4                 PRAYER FOR RELIEF

5

6    1.  2000.00 PER DAY SINCE 14TH DAY OF MARCH 2020

7       PER RESIDENT { ADA LIMITS ON RECOVERY } MENTAL DURESS

8       MENTAL ANQUISH

9    2   PUNTIVE DAMAGES / COMPESATORY DAMAGES

10      WHAT THE COURT DEEM FIT AND FAIR

11

12   3.  THREE TIMES BLUE BOOK VALUE FOR 1997 BUICK LESABER .

13

14   4.  PLAINTIFF'S RESPECTFULLY  REQUEST RETURN OF TAKEN

15      BUICK LESABRE  TO THE POINT IT WAS TAKEN

16      FROM - IT WAS NOT ABANDONED OR ILEGALLY PARKED

17      AS NO PASSES ARE GIVEN TO THE FOLLOWING ADDRESS;

19

18            28016 PANORAMA HILLS DR.

20            MENIFEE, CA 92584

21

22   5. HANDICAPPED PARKING IN FRONT OF EACH RESIDENTS

23     HOME IN THE ENTIRE [ United States of AMERICA ] PAINTED IN THE

24     STANDARD COLOR SCHEME AS TO ACOMIDATE ALL DISABLED

25     INDIVIDUALS - EITHER RESIDENT OR VISITOR. ALLOW PARKING

26     24 - 7 365 OUTSIDE      5

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A.D.A PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

| 1 | UNITED STATES DISTICT COURT          08/22/2021 |
| 2 | CENTRAL COURT OF CALIFORNIA |
| 3 | |
| 4 | 6.  DEFENDANTS ARE COMPLICITE IN THE TRESSPASS / STEALING / |
| 5 | TAKING A 1997 BUICK LASABER LIC #SKYG901 vin#1g4hp52ksv140/7214 |
| 6 | HOA PRESIDENT [ ANN FROEDE ] WAS PRESANT DURING THE |
| 7 | UNLAWFUL TRESSPASS- AND THEFT  OF ONE 1997 BUICK |
| 8 | IDENTIFYING FACTORS ARE REPRESENTED ABOVE IE; LIC# VIN# |
| 9 | |
| 10 | 7. ONE 1997 BUICK LASEBER  WAS TAKEN  FROM THE STREET |
| 11 | AT APPROXIMATLY O1:OO AM  REASON WAS IT HAD NO PASS- |
| 12 | THE REASON IT HAD NO PASS - BECAUSE  - FROM APPROXIMATLY |
| 13 | JUNE 2nd 2020 PASSES WERE NOT ALLOWED PER THE HOA BOARD - |
| 14 | TRAVLEING TO OR FROM THE ADDRESS LISTED ABOVE WHERE |
| 15 | ALL PLAINTIFFS RESIDE NO VISITORS – CONTRACTORS –OR RESIDENT |
| 16 | |
| 17 | 8.  THIS STANDARD THE HOA IS APPLYING TO PLAINTIFF'S |
| 18 | IS IN - FACT DISCRIMMANATION AND FALSE IMPRISONMENT |
| 19 | THE BUICK LASABER PARKED AT 28016 PANORAMA HILLS DR. |
| 20 | SCINCE IT WAS  NEW FROM THE DEALERSHIP . |
| 21 | |
| 22 | 9.   FALSE IMPRISONMENT/ DENIED LIBERTY; SHOULD APPLY TO |
| 23 | THIS CLAIM - PLAINTIFF'S WERE RESTRICTED TO THE |
| 24 | RESIDENCE FOR FEAR THEY MIGHT BE LOCKED OUT - NOT ABLE |
| 25 | TO RETURN HOME IN-WHICH PLAINTIFF'S CURRANTLY RESIDE |
| 26 | 6 |

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

1               UNITED  STATES  DISTRICT  COURT          08/22/2021

2                    CENTRAL  DISTRICT  OF  CALIFORNIA

3

4    10.  HOA PRESIDENT - AND  THE  REST  OF  THE  BOARD  MEMBER'S

5        HAVE  VIOLATED  PLAINTIFF'S  FREEDOM  INGRESS  AND  EGRESS

6        TRAVEL  TO  AND  FROM  THIER  RESIDENCE - HINDERING  LIBERTY

7

8    11.  HOA PRESIDENT = AND  THE  REST  OF  THE  BOARD  MEMBERS

9        HAVE  COMMITTED  TAKING  AN  OWNER'S  VEHICEL  WITH - OUT

10       OWNER'S  CONSENT  THE  COMPLISIDI - PLANNED / DICUSSED

11       AMONGEST  THEMSELVES  IE: CONSPIRACEY

12

13   12.  THE  HOA PRESIDENT  AND  THE BOARD  MEMBER'S  OF  THE

14       OASIS  HOME  OWNERS  ASSCOTIATION - BY  NOT  GIVING

15       PASSES  TO  ANY  ALL  VISITORS - HAVE  RAISED  SERIOUS

16       SECURTIY  CONCERNS  REGARDING  THE  SAFETY  OF  ALL

17       RESIDENTS  IN  THE  COMMUNITY – NO  PASSES TO ANYONE

18       TRAVLEING  TO  THE  RICHMOND  RESIDENCE .

19   13.  THE  HOA PRESIDENT  AND  THE  BOARD  MEMBER'S  HAVE

20       COMMITED  CRIMMINAL  ACTS  WHEN  THEY  TOOK  ONE  1997

21       BUICK  LESABER  THAT  HAS  RESIDED  AT  PLANTIFF (3s)  HOME

22       SINCE  IT  WAS  NEW. [ TAKEN  WITHOUT  OWNERS  CONSENT ]

23        UPDATED  SEPTEMBER  3rd  2020  VC 10851.

24

25                              7

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT    08/22/2021 |
| 2 | CENTRAL DISTRICT OF CALIFORNIA |

3

4    14.  THE HOA PRESIDENT ( ANN FROEDE) AND THE FOLLOWING

5    BOARD  MEMBERS; ARE COMPLICIT  MELBA  OLSON - VICE PRESIDENT

6    JANET  VAUGHAN - CFO - CHUCK  BUCKMIER  SECRATARY

7    CHRIS  WAITS  MEMBER  AT LARGE / CFO – ARE IN  COMPLICITY

8    AS THEY VIOLATED ABOVE PLAINTIFFS CIVIL RIGHTS  WHEN  THEY

9    TOOK / REMOVED  THE (RFID TAGS)  THE  HOME  OWNER  AND

10   TWO RESIDENT HAD IN THIER VEHICELS - AS PUNISHMENT

11   FOR VIOLATING PARKING - WAS THE CLAIM - IT DOES NOT STATE

12   IN THE CCRS THAT THEY CAN TAKE THAT ABILITY AWAY FROM

13    HOME OWNERS OR RESIDENTS - NOR DO CCR'S STATE THEY CAN

14   TOW AWAY YOUR TRANSPORTATION - USED FOR THE  DISABLED

15

16   15. IT DOES STATE YOU CAN BE FINED AFTER RECIEVING

17   A 72 HOUR NOTICE. A 48 HOUR NOTICE, AND A 24 HOUR NOTICE

18   THESE NOTICES HAVE TO BE GIVEN WITHIN THE TIME FRAME

19   ABOVE  NOT A 72 HOUR NOTICE AND A 48 HOUR NOTICE DATED

20   APPROXIMATLY ONE MONTH APART IN SEQUENCE AND NO 24 HR

21   NOTICE GIVEN WHEN THEY STOLE ONE 1997 BUICK LESABER

22   FROM PLAINTIFF # 1. THIS AUTO IS USED FOR DISABLED PLAINTIFFS

23

24   16. TICKET BOOKLET IS IN SEQUENCE ONE MONTH APART NO 24hr

25    NOTICE - THIS IS DISCRIMINATION  IN  OF  IT – SELF.

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

1              UNITED STATES DISTRICT COURT           08/22/2021

2                 CENTRAL DISTRICT OF CALIFORNIA

3

4   17.   THE HOA BOARD MEMBERS LISTED ABOVE ARE IN COMPLICTY

5        BY REMOVING THE HOME-OWNERS (RFID-TAGS) DENYING ACCESS

6        INGRESS / EGRESS TO AND FROM THE PROPERTY AT WILL - AND

7        CUASING MENTAL ANQUISH / DURESS – RESIDENT'S NOT KNOWING

8        IF THEY WOULD BE ABLE TO RETURN TO THIER HOME AFTER

9        10:00 PM OR BE LOCKED OUT. Denying [ LIBERTY ] W/O DUE PROCESS

10

11  18.   THE HOA GAVE ACCESS BY WAY OF AN ARCHAIC KEYPAD

12        AND ONLY THE HOMEOWNER HAD THE CELL PHONE TO OPEN

13        THE GATE – PLAINTIFF'S 2. 3. AND 4. WERE IN CONSTANT

14        FEAR OF NOT HAVING IMEADEATE ACCESS TO THIER HOME

15        ONCE THEY LEFT   AFTER 10:00 PM – 6:00 AM

16

17  19.   HAVING NO RFID TAG MENT THE HOME-OWNER AND

18        RESIDENT'S HAD TO SOMETIMES WAIT IN LINE BEHIND UP TO

19        10 - 18 AUTOS TO GAIN ACCESS TO THE HOME  ONCE MISSING

20        A DOCTORS APPOINTMENT VIA ZOOM – PLAINTIFF # 2

21

22  20.   THE CUASE OF MISSING SUCH AN IMPORTANT APPOINTMENT

23        WAS BECUASE ACCESS WAS IMPEADED PER [HOA] IT IS UNDER-

24        STOOD THE HOA CANNOT IMPEAD YOUR ABILITY TO

25        ACCESS TO YOUR HOME OR DENY LIFE LIBERTY OR PROPERTY

26                                    9

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | 08/22/2021 |
| 2 | CENTRAL DISTRICT OF CALIFORNIA | |

3

4   20.   CONTD - FOR REASON'S OF  PARKING  VIOLATIONS - FALSE

5   IMPRISONMENT - RESTRICTING AN UNDIVIDUAL'S FREEDOM
6   TO   MOVE ABOUT - AT - WILL [ DUE PROCESS ] [ DENYED

7   LIBERTY ]- HINDERING - INGRESS / EGRESS  PLEASE REFER TO

8   THE CAUSE. OF ACTION [LIFE – LIBERTY- OR PROPERTY] DENYED

9   W/O DUE PROCESS VIOLATING 4th 5th 14th civil rights

10   21.   FOR REASONS STATED IN THIS CLAIM - THE DEFENDANTS - BE

11   HELD ACCOUNTABLE FOR  ACTIONS IN  THIS CLAIM -

12   THE CORPERATION SHOULD SUFFER WHAT THE COURT

13   DEEM FIT AND FAIR AND COMPLY WITH ADA STANDARDS-

14   WITH RESPECT FOR DISABLED INDIVIDUALS - EITHER RESIDENT'S

15   HOME-OWNER'S - OR VISITORS - AND OR ANY PERSON THAT

16   REQUIERS SUCH  ACCOMIDATIONS.

17

18   22.   THE HOA BOARD MEMBERS WERE COMPLICIT WHEN THEY

19   VIOLATED PLAINTIFF'S 4TH – 5TH – 14TH CIVIL RIGHTS

20   AND CONTINUE TO VIOLATE PLAINTIFF'S CIVIL RIGHTS BY

21   FAILURE TO RESOLVE THE FOLLOWING ISSUES ;

22   1; TAKING A VEHICLE W / O - OWNERS CONSENT
23   2; DESCRIMINATION / TRESSPASS

24   3; ADA NON CONFORMITY [PARKING]

25   4; FALSE IMPRISONMENT HINDERING ACCESS / RFID TAG

26                                           10.

AMERICAN DISABILITIES ACT / DISCRIMINATION / FALSE IMPRISONMENT / TRESPASS / TAKING AN AUTO / CIVIL RIGHTS VIOLATIONS - 4ᵗʰ 5ᵗʰ 14ᵗʰ

1    UNITED STATES DISTRICT COURT              03/15/2021

2    CENTRAL DISTRICT OF CALIFORNIA

3

4

5    PRAYER FOR RELIEF

6

7    1. TWO THOUSAND DOLLARS PER DAY PER VIOLATIONS ( A. D. A. LIMITS ON

8    RECOVERY )  PER PLAINTIFF'S 1 - 4

9

10   2. REMOVAL - OF $ 6000.00 PARKING VIOLATIONS DUE TO LACKING PROPER

11   DOCUMENTATION - A. D. A. PARKING FOR DISABLED INDIVIDUALS.

12

13   3. CONFORM TO A. D. A. COLORS WHEN MARKING DISABLED PARKING IN FRONT

14   OF EVERY RESIDENCE  IN ANY AND ALL H. O. A. COMMUNITIES - WITHIN THESE

15   UNITED STATES OF AMERICA.

16

17   4. COMPENSATORY DAMAGES; WHAT THE COURT DEEM FIT AND FAIR.

18

19   5. PUNITIVE DAMAGES; WHAT THE COURT DEEM FIT AND FAIR.

20

21   6. FOR FALSE IMPRISONMENT MENTAL ANGUISH / MENTAL DURESS

22   WHAT THE COURT DEEM FIT AND FAIR

23   7. MANDATORY ORIENTATION FOR ANY NEW PERSPECTIVE BOARD MEMBERS

24   TO HAVE A BASIC UNDERSTANDING OF A. D. A. AND F. H. A. GUIDELINES

25   NATIONWIDE - SO AS NOT TO VIOLATE ANY CIVIL RIGHTS OF AN INDIVIDUAL.

10.

8.

AMERICAN DISABILITIES ACT / DISCRIMINATION / FALSE IMPRISONMENT / TRESPASS / TAKING AN AUTO / CIVIL RIGHTS VIOLATIONS - 4ᵗʰ 5ᵗʰ 14ᵗʰ

03/15/2021

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## Amendment XIV

### Section 1.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

6.

AMERICAN DISABILITIES ACT / DISCRIMINATION / FALSE IMPRISONMENT / TRESPASS / TAKING AN AUTO / CIVIL RIGHTS VIOLATIONS - 4ᵗʰ 5ᵗʰ 14ᵗʰ

UNITED STATES DISTRICT COURT          03/15/2021

CENTRAL DISTRICT OF CALIFORNIA

# Discrimination.

Literally speaking, the Fifth Amendment, unlike the Fourteenth Amendment, "contains no equal protection clause and it provides no guaranty against discriminatory legislation by Congress."[501] Nevertheless, "Equal protection analysis in the Fifth Amendment area is the same as that under the Fourteenth Amendment."[502] Even before the Court reached this position, it had assumed that "discrimination, if gross enough, is equivalent to confiscation and subject under the Fifth Amendment to challenge and annulment."[503] The theory that was to prevail seems first to have been enunciated by Chief Justice Taft, who observed that the Due Process and Equal Protection Clauses are "associated" and that "[i]t may be that they overlap, that a violation of one may involve at times the violation of the other, but the spheres of the protection they offer are not coterminous. . . . [Due process] tends to secure equality of law in the sense that it makes a required minimum of protection for every one's right of life, liberty and property, which the Congress or the legislature may not withhold. Our whole system of law is predicated on the general, fundamental principle of equality of application of the law."[504] Thus, in Bolling v. Sharpe,[505] a companion case to Brown v. Board of Education,[506] the Court held that segregation of pupils in the public schools of the District of Columbia violated the Due Process Clause. "The Fifth Amendment, which is applicable in the District of Columbia, does not contain an equal protection clause as does the Fourteenth Amendment which applies only to the states. But the concepts of equal protection and due process, both stemming from our American ideal of fairness, are not mutually exclusive. The 'equal protection of the laws' is a more explicit safeguard of prohibited unfairness than 'due process of law,' and, therefore, we do not imply that the two are always          7.

8.

Case 5:21-cv-01227-JWH-SHK    Document 10    Filed 08/30/21    Page 17 of 21    Page ID
#:58

AMERICAN DISABILITIES ACT / DISCRIMINATION / FALSE IMPRISONMENT / TRESPASS / TAKING AN AUTO /
CIVIL RIGHTS VIOLATIONS - 4ᵗʰ 5ᵗʰ 14ᵗʰ

interchangeable phrases. But, as this Court has recognized, discrimination may be so

UNITED STATES DISTRICT COURT    03/15/2021

CENTRAL DISTRICT OF CALIFORNIA

unjustifiable as to be violative of due process."

"Although the Court has not assumed to define 'liberty' with any great precision, that
term is not confined to mere freedom from bodily restraint. Liberty under law extends
to the full range of conduct which the individual is free to pursue, and it cannot be
restricted except for a proper governmental objective. Segregation in public education
is not reasonably related to any proper governmental objective and thus it imposes
on Negro children of the District of Columbia a burden that constitutes an arbitrary
deprivation of their liberty in violation of the Due Process Clause."

"In view of our decision that the Constitution prohibits the states from maintaining
racially segregated public schools, it would be unthinkable that the same Constitution
would impose a lesser duty on the Federal Government."

In subsequent cases, the Court has applied its Fourteenth Amendment jurisprudence
to federal legislation that contained classifications based on sex507 and
illegitimacy,508 and that set standards of eligibility for food stamps.509 However,
almost all legislation involves some degree of classification among particular
categories of persons, things, or events, and, just as the Equal Protection Clause itself
does not outlaw "reasonable" classifications, neither is the Due Process Clause any
more intolerant of the great variety of social and economic legislation typically
containing what must be arbitrary line-drawing.510 Thus, for example, the Court has
sustained a law imposing greater punishment for an offense involving rights of -

AMERICAN DISABILITIES ACT / DISCRIMINATION / FALSE IMPRISONMENT / TRESPASS / TAKING AN AUTO / CIVIL RIGHTS VIOLATIONS - 4th 5th 14th

UNITED STATES DISTRICT COURT          03/15/2021

CENTRAL DISTRICT OF CALIFORNIA

property of the United States than for a like offense involving the rights of property of a private person.[511] A veterans law that extended certain educational benefits to all veterans who had served "on active duty" and thereby excluded conscientious objectors from eligibility was held to be sustainable, its being rational for Congress to

have determined that the disruption caused by military service was qualitatively and quantitatively different from that caused by alternative service, and for Congress to have so provided to make military service more attractive.[512]

"The federal sovereign, like the States, must govern impartially. . . . [B]ut . . . there may be overriding national interests which justify selective federal legislation that would be unacceptable for an individual State."[513] The paramount federal power over immigration and naturalization is the principal example, although there are undoubtedly others, of the national government's being able to classify upon some grounds—alienage, naturally, but also other suspect and quasi-suspect categories as well—that would result in invalidation were a state to enact them. The instances may be relatively few, but they do exist.          9

8.

A.D.A PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th  5th  14th

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT   COURT | 08/22/2021 |
| 2 | CENTRAL DISTRICT OF CALIFORNIA | |

3

4

5

6

7   23.   PLAINTIFFS WOULD TESTIFY IN OPEN COURT TO THE ABOVE

8   STATEMENT OF FACTS - UNDER PENALTY OF PERJURY - PUNISHABLE

9   UP TO FIVE YEARS IN PRISON- AND OR UP TO 20,000 IN FINES.

10

11

12   PLAINTIFF (#1 )

13   23. X Glen Klement                    DATE X _8/30/2021_

14   X _____

15    PLAINTIFF (#2)

16   24. X. David Bell                       DATE X_____

17   X_____

18   PLAINTIFF (#3)

19   25. X Jeff Richmond

20    X_____       DATE X_____

21   PLAINTIFF (#4)

22   26. Paula Wilson

23   X_____       DATE X_____

24

25                          11

26

A.D.A PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th 5th 14th

1.              UNITED STATES DISTRICT COURT          08/22/2021

2.                CENTRAL DISTRICT OF CALIFORNIA

3.

4.   26. THE CORPERATION THAT PROFITS FROM THE RESIDENT'S

5.   ON THE OASIS PROPERTY – SHOULD FOLLOW THIER OWN CCRS -

6.   CONFORM TO ADA / FHA GUIDE - LINES

7.

8.

9.   27. PLAINTIFF'S HAVE BEEN STUCK OUTSIDE THE GATED COMUN -

10.   ITIE FOR HOURS WATING FOR  ACCESS TO THIER HOME .

11.

12.

13.   K.B.R.W.

14.   28016 Panorama hills dr

15.   Menifee CALIFORNIA 92584

16.   PRO-SE

17.

18   PLAINTIFF'S DEMAND CRIMINAL CHARGES BE BROUGHT AGAINST

19   ALL DEFENDANTS AS THEY ARE COMPLICITE IN THIS CLAIM

20   A COPY OF THIS CLAIM WILL BE FORWARDED TO THE ATTORNEY

21   GENERAL FOR REVIEW AND POSSIBLE CRIMMINAL CHARGES

22.

23.

24.

25.                        12

A.D.A  PARKING / DESCRIMIMNATION / TRESSPASS / FALSE IMPRINSOMMENT / CIVIL RIGHTS   4th 5th 14th

1.              UNITED  STATES  DISTRICT  COURT          08/30/2021

2.              CENTRAL  DISTRICT  OF  CALIFORNIA

3.

4.                    CAUSE  OF  ACTION  [ FALSE  IMPRISONMENT]

5.

6.    1)  AS  OF  THE  DATE  ABOVE  ALL  VEHICALS  AT  THE  PLIANTIFF'S

7.     ADDRESS  ARE  UNAVAILABLE.  AT  12:32  AM  PLAINTIFF'S  (1) AND (4)

8.     NEED  TO  TRAVEL  TO  THE  STORE  BEFORE  01:00  AM  TO  GET  MILK

9.    FOR  BREAKFAST- AND  OTHER  ITEMS  NEEDED - THEY  ARE  IN  FACT

10.   IMPRISONED  IN  ENVIOROMENT  THEY  CANNOT  LEAVE  THIS  GATED

11.   COMUNITY  AS  (1)THRU(4)  DO  NOT  HAVE  KEYS  TO  ACCESS  THE

12.   WALK  THROUGH  GATE  AT  THE  ENTRANCE.  PLAINTIFF'S  (1) THRU(4)

13.   ARE  TRULY  IMPRISONED / DETIANED / KIDNAPPED !

14.   2)  WITH  OUT  CRAWLING  OVER  A  BLOCK  WALL  OR  WROUGHT

15.   IRON  FENCE  WICH  IS  OUT  OF  THE  QUESTION – AS  BOTH

16.   PLAINTIFF'S  ARE  PHYSICALLY  UNABLE  TO  CLIMB  BEING  THAT

17.   PLAINTIFF'S  (1) IS  DOCUMENTED  100%  DISABLED  WITH  THE ( A.D.A.)

18.   AND  SOCIAL  SECURITY  DISABILITY

19.

20.   3) PLAINTIFF  (4)  SUFFERS  FROM  CELLULITIS  AND  CAN  BARLEY

21.    WALK - BY  HAVING  NO  GATE  KEY  ALL  PLAINTIFF'S  ARE  UNABLE

22.   TO  ENJOY  THIER  4th 5th 14th  amendment  rights  THEY  are  infact  imprisoned

23.   W/O  DUE  PROCESS  ALL  DEFENDANTS  SHOULD  SUFFER  WHAT

24.   THE  COURT  DEEM  FIT  AND  FAIR  AS  PLAINTIFFS  ARE  TRULY

25.   [IMPRISONED]                    13